# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JEFFREY EDWARD MOSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-10 (MTT) ) |
| ALLEN RUSTY KNOX, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends denying the Plaintiff's motion for preliminary injunction. (Doc. 22). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motion (Doc. 21) is **DENIED**.

**SO ORDERED**, this 4th day of May, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT